1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALICIA CASTANEDA-VALAZAQUEZ          No.  2:15-cv-275-JAM-EFB PS
     GADDIS,

12
                       Plaintiff,

13                                         ORDER

           v.
14

     FIDELITY NATIONAL TITLE
15   (INSURANCE) COMPANY, et al.,

16                     Defendants.

17

18        On November 2, 2015, the magistrate judge filed findings and recommendations herein

19   which were served on the parties and which contained notice that any objections to the findings

20   and recommendations were to be filed within fourteen days.  Plaintiff filed objections on

21   November 16, 2015, and they were considered by the undersigned.

22        This court reviews de novo those portions of the proposed findings of fact to which

23   objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

24   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As

25   to any portion of the proposed findings of fact to which no objection has been made, the court

26   assumes its correctness and decides the motions on the applicable law.  See Orand v. United

27   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

28   reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

                                          1

1   The court has reviewed the applicable legal standards and, good cause appearing,

2   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

3   Accordingly, IT IS ORDERED that:

4       1.  The proposed Findings and Recommendations filed November 2, 2015, are adopted;

5       2.  Plaintiff's motion for reconsideration (ECF No. 39, 42) is denied.

6   DATED: March 23, 2016

7                                                    /s/ John A. Mendez_____

8                                                    UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28